**Fill in this information to identify your case:**

Debtor 1  **Bruce W Neel**
            First Name      Middle Name      Last Name

Debtor 2 _____
(Spouse if, filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the:  DISTRICT OF SOUTH CAROLINA

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **American Express**<br><br>Description of property securing debt: **13 Ascot Glen Ct. Irmo, SC 29063  Richland County RESIDENCE HOUSE AND LOT PURCHASED: 2002 FOR $499K** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>■ Yes |
| Creditor's name: **BB&T**<br><br>Description of property securing debt: **13 Ascot Glen Ct. Irmo, SC 29063  Richland County RESIDENCE HOUSE AND LOT PURCHASED: 2002 FOR $499K** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>■ Yes |
| Creditor's name: **BB&T** | ☐ Surrender the property. | ☐ No |

Official Form 108    **Statement of Intention for Individuals Filing Under Chapter 7**    page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Bruce W Neel** | Case number (*if known*) | |
|---|---|---|---|

| | | ☐ Retain the property and redeem it. | ■ Yes |
| Creditor's name: | | ☐ Retain the property and enter into a *Reaffirmation Agreement*. | |
| Description of property securing debt: | **13 Ascot Glen Ct. Irmo, SC 29063  Richland County RESIDENCE HOUSE AND LOT PURCHASED: 2002 FOR $499K** | ■ Retain the property and [explain]: **loan mod** | |

| Creditor's name: | **BB&T** | ■ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **13 Ascot Glen Ct. Irmo, SC 29063  Richland County RESIDENCE HOUSE AND LOT PURCHASED: 2002 FOR $499K** | ☐ Retain the property and enter into a *Reaffirmation Agreement*. | ■ Yes |
| | | ☐ Retain the property and [explain]: | |

| Creditor's name: | **First Community Bank** | ■ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | | ☐ Retain the property and enter into a *Reaffirmation Agreement*. | ■ Yes |
| | | ☐ Retain the property and [explain]: | |

| Creditor's name: | **NATIONSTAR** | ☐ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **13 Ascot Glen Ct. Irmo, SC 29063  Richland County RESIDENCE HOUSE AND LOT PURCHASED: 2002 FOR $499K** | ☐ Retain the property and enter into a *Reaffirmation Agreement*. | ■ Yes |
| | | ■ Retain the property and [explain]: **loan mod** | |

| Creditor's name: | **SOUTHERN COMMUNITY SERVICE** | ■ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **HOA ARREARS** | ☐ Retain the property and enter into a *Reaffirmation Agreement*. | ■ Yes |
| | | ☐ Retain the property and [explain]: | |

| Creditor's name: | **Wells Fargo** | ■ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **13 Ascot Glen Ct. Irmo, SC 29063  Richland County RESIDENCE HOUSE AND LOT PURCHASED: 2002 FOR $499K** | ☐ Retain the property and enter into a *Reaffirmation Agreement*. | ■ Yes |
| | | ☐ Retain the property and [explain]: | |

**Part 2:   List Your Unexpired Personal Property Leases**
**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill**

| Debtor 1 | **Bruce W Neel** | Case number (*if known*) | |
|---|---|---|---|

**in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Bruce W Neel**
**Bruce W Neel**
Signature of Debtor 1

Date    **April 25, 2019**

X _____
Signature of Debtor 2

Date _____

```
AMERICAN EXPRESS
PO BOX 650448
DALLAS TX 75265


ATT UNIVERSAL
PROCESSING CENTER
DES MOINES IA 50363


BB&T
P.O. BOX 2467
GREENVILLE SC 29602


BB&T
P.O. BOX 580048
CHARLOTTE NC 28258


BB&T
P.O. BOX 1847
WILSON NC 27894-1847


FIRST COMMUNITY BANK
5455 SUNSET BLVD
LEXINGTON SC 29072


HEATHWOOD HALL
3000 SOUTH BELTLINE BLVD
COLUMBIA SC 29201


MR COOPER
8950 CYPRESS WATERS BLVD
COPPELL TX 75019


NATIONSTAR
PO BOX 619063
DALLAS TX 75261


SCOTT & CORLEY LAW FIRM
2712 MIDDLEBURG DRIVE, SUITE 200
COLUMBIA SC 29202


SOUTHERN COMMUNITY SERVICE
101 RICE BENT WAY, UNIT 11
COLUMBIA SC 29229
```

```
WELLS FARGO
PO BOX 6426
CAROL STREAM IL 60197
```